FILED
U.S. BANKRUPTCY
2010 AUG 12 PM 3:46
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-43929 |
| | ) | |
| TIMOTHY W. BARNES, SR. | ) | |
| PAMELA BARNES | ) | JUDGE KAY WOODS |
| | ) | |
| Debtor(s) | ) | DIVIDENDS LESS THAN $5.00 |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $17.11.

The dividend relates to the following claimants:

Pain Associates of NE Ohio
PO Box 2165
Youngstown, OH 44505

           $3.29

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090     $4.09

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090     $2.11

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090     $2.70

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090     $1.13

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090     $0.69

Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090              $0.72

Recovery Management Systems Corp.
For Orion, As Assignee of
Western/Northside Medical
25 SE 2nd Ave
Miami, FL 33131               $1.24

Recovery Management Systems Corp.
For Orion, As Assignee of
Western/Northside Medical
25 SE 2nd Ave
Miami, FL 33131               $0.41

Recovery Management Systems Corp.
For Orion, As Assignee of
Western/Northside Medical
25 SE 2nd Ave
Miami, FL 33131               $0.73

**TOTAL:**                    $17.11

2. My Trustee's check for $17.11 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: August 9 , 2010

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE